AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>DAVID WAYNE WILLMOTT, JR.<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)       5:15-mj-1091-PRL<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __11/25/14, 4/17/2015, and 4/23/15__ in the county of _____CITRUS_____ in the
__MIDDLE__ District of _____FLORIDA_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 844(e) | Making threats to use an explosvie device using in an instrument of interstate commerce (three counts). |

This criminal complaint is based on these facts:

**SEE ATTACHED AFFIDAVIT**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

T. Michael Evans, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/18/2015__

_____
*Judge's signature*

City and state: _____Ocala, Florida_____     Philip R. Lammens, United States Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                             MDFL CASE NO. 5:15-MJ-1091-PRL

COUNTY OF MARION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, T. Michael Evans, being duly sworn, state as follows:

### BACKGROUND

1.      I have been employed as a Special Agent of the FBI since April 16, 1995. I am currently assigned to the FBI's Jacksonville Division Field Office, Ocala Resident Agency, where I have worked since August 2010. I am a graduate of the FBI Academy.

2.      As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States. My duties and responsibilities include the investigation of the making of threats to use an explosive device using an instrument of interstate commerce, in violation of Title 18, United States Code, Section 844(e).

3.      The facts in this affidavit come from information obtained in the course of a criminal investigation. The statements in this affidavit are based on my investigation of the matter, my training and experience, and information I have obtained from other law enforcement officers. As this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not include all of the information that I have obtained during this investigation.

### NATURE OF THE INVESTIGATION

4.      On three separate dates - November 25, 2014, April 17, 2015, and April 23, 2015 - bomb threat e-mails were sent to various private and government facilities

and businesses. These e-mails were transported in interstate commerce over the Internet. The three threatening e-mails resulted in increased law enforcement patrols; the deployment of K-9 units and bomb technicians; and the evacuations of several of the threatened locations. The locations targeted in the e-mails consisted of a nuclear power plant, an elementary school, a sheriff's office, two courthouses and two airports. Each incident involving the e-mails is described more fully below.

## FIRST THREAT – NOVEMBER 25, 2014

5.  On November 25, 2014, at 2:45 p.m., an e-mail was sent to Citrus County Sheriff Jeff Dawsey, several members of the Citrus County Sheriff's Office (CCSO), and six news networks in Florida. The e-mail had been sent from the e-mail address "markylipz@hotmail.com". In relevant part, the e-mail stated, "Therz a bomb at the crystal river [nuclear] plant."

6.  After receiving the e-mail, the CCSO dispatched patrols to the facility. The CCSO also contacted the Crystal River Nuclear Plant. Security Managers for the nuclear power facility were advised of the potential threat. Ultimately, no explosive device ever was discovered at the plant.

## SECOND THREAT – APRIL 17, 2015

7.  On April 17, 2015, at 1:57 p.m., Citrus County Sheriff Jeff Dawsey and several members of the CCSO received a second threatening e-mail. This e-mail was sent from the address "lipskymark@yahoo.com". In relevant part, this e-mail stated, "ere iz a bomb at pge (referring Pleasant Grove Elementary school)". As a direct result of the e-mail, the elementary school promptly was evacuated. Afterward, a thorough

search of the school by CCSO deputies and K-9 units did not reveal the presence of an explosive device.

### THIRD THREAT – APRIL 23, 2015

8. On April 23, 2015, at 11:47 p.m., a third threatening e-mail was sent to the WFLA News station in Tampa, Hillsborough County, Florida. This e-mail was sent from the address "lipsky mark@yahoo.com". The e-mail stated, "[J]ust to let you knw ere is going to b a funfest of bomb going off at 2 pm all ova the area in tampa airport Clearwater airport hernando county courthouse citrus county courthouse polk county sheriff office, good luck trying to find em". Based on this e-mail threat, the Tampa and Clearwater Airports conducted searches for an explosive device with law enforcement personnel, including K-9 units. The Hernando and Citrus County Courthouses also were evacuated and thoroughly searched, as was the Polk County Sheriff's Office. Ultimately, no explosive devices ever were discovered.

### SOURCE OF THE E-MAILS

9. The Tampa Police Department (TPD) issued a subpoena to determine the IP address for the April 23, 2015 threatening e-mail. TPD determined that the e-mail had been sent from a computer located at the Lakes Region Library, 1511 Druid Road, Inverness, Florida. This location is in Citrus County, within the Middle District of Florida.

10. The library contains a bank of 14 numbered computers that are available for public use. In order to use one of the computers, a person must place their name on a waiting list. In doing so, the person has direct contact with library personnel and is required to show their library card.

3

11. After the series of threatening e-mails, CCSO Detective Chris Cornell interviewed Lakes Region Library Administrator E.H. in reference to taking custody of the library's computers for a forensic analysis. During the interview, E.H. advised that the defendant, David Wayne Willmott, Jr. (Willmott), had been logged onto Computer #9 at the library on the day of the last threatening e-mail, April 23, 2015. E.H. also was aware that Willmott had been the subject of a 2006 law enforcement investigation regarding false bomb threats. Based upon this information, Detective Cornell conducted a review of login records for Computer #9 and determined that Willmott had been logged onto Computer #9 from 11:47 a.m. through 12:44 p.m. on April 23, 2015. The third threatening e-mail had been transmitted at 11:47 a.m., precisely when Wilmott first had gained access to the computer. Analysis of other library records, including the waiting list for the computers, confirmed that Willmott had placed his name on the waiting list to use a library computer that day.

12. Detective Cornell used imaging software to copy the hard drive in Computer #9 and conducted forensic analysis of the hard drive. A "key word" search determined that the term "lipsky_mark" had been entered into Computer #9 on 22 occasions on the day of the third threatening e-mail, April 23, 2015.

13. I subsequently interviewed a library employee, M.R. M.R. has known Willmott since October 2013 from interactions with him at the facility. M.R. described how Willmott uses the computers at the library on almost a daily basis. M.R. explained that M.R. witnessed Willmott putting his name on the computer waiting list on April 23, 2015. Willmott was then assigned Computer #9. M.R. observed Willmott using the computer at 11:47 a.m. that day.

4

13. I also interviewed library employee C.G. C.G. has known Willmott for approximately ten years. C.G. confirmed what Willmott uses the library's computers on nearly a daily basis. C.G. also recalled that Wilmott had been using one of the library's computers on April 23, 2015, the same date as the last of the threatening e-mails. C.G. described how Willmott is well-known to all of the library employees.

14. A further review of login records at the Lakes Region Library revealed that Wilmott had been using Computer #7 from 2:04 p.m. to 2:57 p.m. on November 25, 2014. This time corresponds with the sending of the first threatening e-mail regarding the Crystal River Nuclear Plant. An analysis of library records confirmed that Willmott had placed his name on the waiting list to use a computer at the facility that same day.

15. Login records from the library also revealed that Willmott had been using Computer #7 from 1:31 p.m. to 1:58 p.m. on April 17, 2015. This period corresponds with the sending of the second threatening e-mail at 1:57 p.m. that same day. This threat had referenced a bomb at the Pleasant Grove Elementary School.

16. As a further part of my investigation, I have determined that the computer servers used for both "Hotmail" and "Yahoo!" e-mails are located in California and/or Washington, outside of the state of Florida. Accordingly, the three threatening e-mails sent by Wilmott were transported in interstate commerce over the Internet.

5

17. Based on the foregoing, I submit there is probable cause to believe that David Wayne Willmott, Jr., has committed three counts of the offense of the making of threats to use an explosive device using an instrument of interstate commerce, in violation of Title 18, United States Code, Section 844(e).

This concludes my affidavit.

T. Michael Evans
Special Agent – FBI

Sworn to and subscribed before me this __18__ day of June, 2015.

The Honorable Philip R. Lammens
United States Magistrate Judge